**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

FERYAL AND WAJDAN MOHAMMAD,	CASE NO.: 1:18cv23102

    Plaintiff,

vs.

SYNCHRONY BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD, hereby dismiss the above-entitled action and all claims asserted in the action against Defendant, SYNCHRONY BANK, with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss*<br>Christopher W. Boss, Esq.<br>Florida Bar No.: 13183<br>**BOSS LAW**<br>Email: cpservice@bosslegal.com<br>9887 Fourth Street North, Suite 202<br>St. Petersburg, Florida  33702<br>Telephone: (727) 471-0039<br>Facsimile: (888) 449-8792<br>***Attorney for Plaintiffs*** | */s/ Brandon T. White*<br>Brandon T. White, Esq.<br>Florida Bar No. 106792<br>**REED SMITH LLP**<br>1001 Brickell Bay Dr., Ste. 900<br>Miami, FL 33131<br>Phone: 786-747-0222<br>Fax: 786-747-0299<br>bwhite@reedsmith.com<br>***Attorney for Defendant*** |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of February, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Brandon T. White, Esq.
**REED SMITH LLP**
1001 Brickell Bay Dr., Ste. 900
Miami, FL 33131
bwhite@reedsmith.com
*Attorney for Defendant*

                                                            /s/ Christopher W. Boss
                                                            Christopher W. Boss (FBN 13183)