UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-23102-CIV-MARTINEZ-OTAZO-REYES

FERYAL MOHAMMAD and WAJDAN
MOHAMMAD,
    Plaintiffs,

vs.

SYNCHRONY FINANCIAL d/b/a
SYNCHRONY BANK,
    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 20]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of February, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record